IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES PHILLIP BOYD, JR.,P.A. d/b/a
THE BOYD LAW FIRM, and CHARLES
PHILLIP BOYD, JR., Individually                                            PLAINTIFFS

V.                                    CASE NO.  4:07CV00672 JMM

UNITED HEALTHCARE INSURANCE
COMPANY, ET. AL.                                                           DEFENDANTS

## ORDER

Pending are Separate Defendants, United Healthcare Insurance Company and United Healthcare of Arkansas, Inc.'s unopposed motion for permission to file the stipulated record under seal, docket # 19, and Plaintiffs' motion to extend the time in which to submit the administrative record to the Court, docket # 20.  For good cause shown, the motions are granted.  The deadline to file the stipulated record shall be extended up to and including October 19, 2007 and the record may be filed under seal.

IT IS SO ORDERED this 15th day of October, 2007.

James M. Moody
United States District Judge