IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES PHILLIP BOYD, JR.,P.A. d/b/a
THE BOYD LAW FIRM, and CHARLES
PHILLIP BOYD, JR., Individually                                    PLAINTIFFS

V.                              CASE NO.  4:07CV00672 JMM

UNITED HEALTHCARE INSURANCE
COMPANY, ET. AL.                                                   DEFENDANTS

## ORDER

Pending is Plaintiffs' motion for an extension of time to file the stipulated record and motion to strike a portion of the stipulated record submitted by Separate Defendant United Healthcare.  (Docket # 23).  The parties stipulated record was due to be filed with the Court on October 19, 2007.  On this date, Separate Defendant United Healthcare submitted its version of the administrative record in the case.  Plaintiffs allege that additional time is needed to determine whether additional documentation should become part of the record in this case.  Further, Plaintiffs object to the inclusion of certain documents by United Healthcare.

United Healthcare denies that the record submitted on October 19, 2007 constituted the "stipulated record," the Court agrees.  The Court will allow Plaintiffs an additional fifteen days, up to and including, November 12, 2007 to compile the record and provide copies to Defendants.  The stipulated record shall be filed with the Court on or before November 16, 2007, briefs shall then be due as set forth in the Court's scheduling order.

Wherefore, Plaintiffs' motion for an extension of time is granted, Plaintiffs' motion to strike portions of the "stipulated record" is denied as moot.

IT IS SO ORDERED this 30th day of October, 2007.

_____
James M. Moody
United States District Judge